**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LYNN SERPICO,**

        **Plaintiff,**

-vs-                                    Case No.  6:11-cv-1547-Orl-28TBS

**ALOMA BOWLING CENTER, INC.,**
**ALOMA BOWLING AND RECREATION,**
**L.L.C.,**

        **Defendants.**

_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Resolution and for Dismissal of FLSA Count with Prejudice (Doc. No. 27) filed June 27, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed June 28, 2012 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion for Approval of Resolution and for Dismissal of FLSA Count with Prejudice (Doc. No. 27) is **GRANTED**.

3.    This case is dismissed with prejudice.

4.    All pending motions are **DENIED as moot**.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 17th day of July, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record